#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### EASTERN DIVISION

**BRIAN E. MOONEY**                                                   **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 2:25-cv-114-KS-MT[**

**NATIONSTAR MORTGAGE, LLC, ET AL,**
**ET AL.**                                                   **DEFENDANTS**

#### CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, NATIONSTAR MORTGAGE, LLC d/b/a RightPath Servicing and Mr. Cooper ("Nationstar"), by and through its attorneys, McGlinchey Stafford, PLLC, and files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7(c), stating as follows:

1. Nationstar is a Delaware limited liability company which does business as RightPath Servicing and as Mr. Cooper.

2. Nationstar is an indirect, wholly-owned subsidiary of a publicly-traded company, Mr. Cooper Group Inc. (formerly known as WMIH Corp.) NASDAQ: COOP ("Mr. Cooper"), a Delaware corporation with its principal place of business in Texas.

3. Nationstar is directly owned by its two members: (i) NationstarSub1 LLC, a Delaware limited liability company (99%), and (ii) Nationstar Sub2 LLC, a Delaware limited liability company (1%).

4. The sole member of both NationstarSub1 LLC and NationstarSub2 LLC is Nationstar Mortgage Holdings Inc. ("NSM Holdings").

5. NSM Holdings is a Delaware corporation with its principal place of business in Texas.

6. NSM Holdings is a publicly traded corporation (NYSE: NSM) and is a wholly-owned subsidiary of Mr. Cooper Group Inc.

7. More than 10% of the stock of Mr. Cooper is owned by (a) Blackrock, Inc., a Delaware corporation, and certain of its affiliates (NYSE: BLK) and (b) The Vanguard Group, Inc., a Pennsylvania corporation, and certain of its affiliates.

THIS, the 15th day of August, 2025.

        Respectfully submitted,

        **NATIONSTAR MORTGAGE, LLC d/b/a**
        **RightPath Servicing and Mr. Cooper**

        By: */s/ Susan Fahey Desmond*
             Its Attorney

**OF COUNSEL:**

Susan Fahey Desmond (MSB No. 5116)
**McGlinchey Stafford, PLLC**
601 Poydras St., Suite 1200
New Orleans, LA 70130
Telephone: (504) 400-6124
sdesmond@mcglinchey.com

and

**McGlinchey Stafford, PLLC**
1020 Highland Colony Pkwy, Suite 406
Ridgeland, MS 39157

## CERTIFICATE OF SERVICE

I, Susan Fahey Desmond of McGlinchey Stafford, PLLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have mailed by United States Postal Service and by email the document to the following non-CM-ECF system participant:

>Brian E. Mooney
>436 Old Progress Road
>Moselle, M  39459
>Email:  ifixem75@gmail.com

THIS, the 15th day of August, 2025.

>*s/ Susan Fahey Desmond*
>OF COUNSEL