SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 1 8 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRIAN E. MOONEY,                                                        Plaintiff

v.                                                 Civil Action No. 2:25-cv-114-KS-MTP

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER;
DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1–10                                                          Defendants

## NOTICE OF FILING

Plaintiff, Brian E. Mooney, pro se, hereby gives notice that he is filing the following document(s):

- Motion to Remand and for Costs, together with attached Exhibit Index and Exhibits 1–6.

This filing is respectfully submitted for inclusion on the docket of the above-styled case.

Respectfully submitted this 18th day of August 2025.

_/s/ Brian Mooney_
Brian E. Mooney, Pro Se Plaintiff
436 Old Progress Road
Moselle, MS 39459
(601) 310-6078
ifixem75@gmail.com