IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRIAN E. MOONEY**                                                                                              **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO. 2:25-cv-114-KS-MTP**

**NATIONSTAR MORTGAGE LLC d/b/a**
**MR. COOPER; DEAN MORRIS, LLC;**
**MORTGAGE CONNECT, LP; MORTAGE**
**ELECTRONIC REGISTRATION**
**SYSTEMS, INC. ("MERS"); SUNRISE TITLE**
**SERVICES, INC.; JOHN DOES 1-10**                                                          **DEFENDANTS**

## ORDER

On August 18, 2025, Plaintiff filed a Motion to Remand [4]. Defendants shall respond to the motion on or before **September 2, 2025**.[1] Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant may reply on or before **September 9, 2025**. *Id*.

Any party requesting an extension of time must file a motion for such prior to the day of the deadline and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise the Court whether the request is opposed.

SO ORDERED AND ADJUDGED this 18th day of August 2025.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

---

[1] The fourteen-day response time is adjusted to account for Labor Day, a federal holiday. *See* Fed. R. Civ. P. 6(a)(1)(C)(6).