**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRIAN A. MOONEY                                                                                           PLAINTIFF

VS.                                                           CIVIL ACTION NO. 2:25-CV-00114-KS-MTP

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1-10                                                                                        DEFENDANTS

---

**ENTRY OF APPEARANCE**

COMES NOW Steven Price Nixon, of McCalla Raymer Leibert Pierce, LLP, and files this his Entry of Appearance as counsel of record on behalf of Defendant, Mortgage Connect, LP.

RESPECTFULLY SUBMITTED, this the 18th day of August, 2025.

                                                  MORTGAGE CONNECT, LP

                                                  By:    */s/ Steven Price Nixon*
                                                          Steven Price Nixon, its Attorney


*/s/ Steven Price Nixon*
STEVEN PRICE NIXON (MSB 101663)
MCCALLA RAYMER LEIBERT PIERCE, LLP
Attorney for Defendant, Mortgage Connect, LP
1022 Highland Colony Pkwy., Ste. 304
Ridgeland, MS 39157
Office: 662-478-3200
Steven.nixon@mccalla.com

## **CERTIFICATE OF SERVICE**

I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record and that I also caused to be delivered a true and correct copy of the above and foregoing to the Plaintiff, Brian E. Mooney, via U.S. mail, first class, postage prepaid at the following address:

Brian E. Mooney
436 Old Progress Rd.
Moselle, MS 39459

So certified this the 18th day of August, 2025.

*/s/ Steven Price Nixon*
Steven Price Nixon, Esq.