**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRIAN A. MOONEY                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. <u>2:25-CV-00114-KS-MTP</u>

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1-10                                                                                    DEFENDANTS

___

## **JOINDER IN REMOVAL**

COMES NOW, Defendant, Mortgage Connect, LP, by and through counsel, and hereby joins the Notice of Removal filed herein by Nationstar Mortgage, LLC d/b/a Mr. Cooper, and consents, pursuant to 28 U.S.C. § 1441, et seq., to removal of the civil action filed by Plaintiff, Brian A. Mooney, from the Chancery Court of Jones County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Eastern Division.

RESPECTFULLY SUBMITTED, this the 18th day of August, 2025.

                                        MORTGAGE CONNECT, LP

                                        By:   */s/ Steven Price Nixon*
                                                 Steven Price Nixon, its Attorney


*/s/ Steven Price Nixon*
STEVEN PRICE NIXON (MSB 101663)
MCCALLA RAYMER LEIBERT PIERCE, LLP
Attorney for Defendant, Mortgage Connect, LP
1022 Highland Colony Pkwy., Ste. 304
Ridgeland, MS 39157
Office: 662-478-3200
Steven.nixon@mccalla.com

## **CERTIFICATE OF SERVICE**

     I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record and that I also caused to be delivered a true and correct copy of the above and foregoing to the Plaintiff, Brian E. Mooney, via email and via U.S. mail, first class, postage prepaid at the following address:

Brian E. Mooney
436 Old Progress Rd.
Moselle, MS 39459
ifixem75@gmail.com

     So certified this the 18th day of August, 2025.

                                                    */s/ Steven Price Nixon*
                                                    Steven Price Nixon, Esq.