SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 1 8 2025

ARTHUR JOHNSTON
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRIAN E. MOONEY,                                                      **Plaintiff**

v.                                          Civil Action No. 2:25-cv-114-KS-MTP

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER;
DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1–10                                                        **Defendants**

## NOTICE OF CLARIFICATION REGARDING AUGUST 18, 2025 ORDER

Plaintiff, appearing pro se, respectfully files this Notice to address a clerical error in the Court's August 18, 2025 Order [Dkt. 6].

1. The Order states: "Defendants shall respond to the motion on or before September 2, 2025. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant may reply on or before September 9, 2025."

2. Under Local Uniform Civil Rule 7(b)(4), the right to file a reply belongs to the movant. In this case, Plaintiff is the movant who filed the Motion to Remand on August 18, 2025.

3. Plaintiff respectfully requests clarification or correction of the Order to reflect that Plaintiff may file a reply on or before September 9, 2025, consistent with the Local Rules.

Respectfully submitted this 19th day of August 2025.

1

*Brian Mooney*
_____
Brian E. Mooney, Pro Se Plaintiff
436 Old Progress Road
Moselle, MS 39459
(601) 310-6078
ifixem75@gmail.com