**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BRIAN E. MOONEY**     **PLAINTIFF**

**VS.**     **NO. 2:25-cv-114-KS-MT**

**NATIONSTAR MORTGAGE, LLC, ET AL.**     **DEFENDANTS**

**OPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Nationstar Mortgage, LLC, and on suggesting to this Honorable Court that Defendant, Nationstar Mortgage, LLC requires an extension of time of twenty-one (21) days, through September 10, 2025, to investigate fully the allegations made by Plaintiff and to file responsive pleadings. No previous extension has been requested by Defendant and undersigned counsel respectfully certifies to the Court that she contacted Plaintiff who stated that he objects to the requested extension of time.

Respectfully submitted this 20th day of August, 2025.

                                                      **MCGLINCHEY STAFFORD, PLLC**

                                                      /s/ Susan Fahey Desmond
                                                      Susan Fahey Desmond (MS Bar No. 5116)
                                                      601 Poydras Street, Suite 1200
                                                      New Orleans, LA 70130
                                                      Telephone: (504) 596-1200
                                                      Facsimile: (504) 596-2800
                                                      Email:sdesmond@mcglinchey.com
                                                      Attorney for Nationstar Mortgage, LLC

## CERTIFICATE OF SERVICE

I, Susan Fahey Desmond, of McGlinchey Stafford, PLLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have mailed by United States Postal Service and by email the document to the following non-CM-ECF system participant:

>Brian E. Mooney
>436 Old Progress Road
>Moselle, MS  39459
>Email:  ifixem75@gmail.com

THIS, the 20th day of August, 2025.

>*/s/ Susan Fahey Desmond*
>Susan Fahey Desmond

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**BRIAN E. MOONEY**                                                                     **PLAINTIFF**

**VS.**                                 **NO. 2:25-cv-114-KS-MT**

**NATIONSTAR MORTGAGE, LLC, ET AL.**                  **DEFENDANTS**

## ORDER GRANTING
## OPPOSED MOTION FOR EXTENSION OF TIME

THIS DAY this cause was brought before the Court on the *Opposed Motion for Extension of Time* of Defendant, Nationstar Mortgage, LLC, seeking time to file responsive pleadings, and the Court being fully advised in the premises finds that said *Motion* is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Opposed Motion for Extension of Time filed by Defendants is GRANTED;

IT IS FURTHER ORDERED that Defendant's deadline to answer or otherwise file responsive pleadings is September 10, 2025.

SO ORDERED this _____ day of August, 2025.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE