# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

BRIAN A. MOONEY                                                                PLAINTIFF

VS.                                  CIVIL ACTION NO. 2:25-CV-00114-KS-MTP

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1-10                                              DEFENDANTS

---

## MOTION TO DISMISS, PURSUANT TO FED. R.CIV. P. 12(b)(6), AND/OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

COMES NOW Defendant, Mortgage Connect, LP (hereinafter "Mortgage Connect"), by and through counsel, and files herein its Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), and/or in the alternative for Summary Judgment, and in support thereof would show unto the Court the following:

1.

On August 13, 2025, Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper filed herein its Notice of Removal (CM/ECF Doc.#01) of Cause No. 25-cv-107, which was pending in the Chancery Court of Jones County, Mississippi, First Judicial District. Defendant Mortgage Connect filed its Joinder in the Notice of Removal on August 18, 2025 (CM/ECF Doc.#08).

2.

As Mortgage Connect will show more fully in its Memorandum in Support of Motion to Dismiss, the claims of Plaintiff as to Mortgage Connect should be dismissed, because Plaintiff has not stated any valid claim for relief against Mortgage Connect, even taking all of the Plaintiff's

allegations as true. In addition, and/or in the alternative, Mortgage Connect maintains that, based upon the Exhibits attached to Plaintiff's Complaint and/or Amended Complaint, there are no genuine issues of material fact as to any claim(s) attempted to be alleged against Mortgage Connect and that, therefore, Mortgage Connect is entitled to judgment as a matter of law as to all claim(s) attempted to be alleged against Mortgage Connect.

**WHEREFORE, PREMISES CONSIDERED**, Mortgage Connect prays that Plaintiff's Amended Complaint and all claims alleged or asserted against Mortgage Connect be dismissed, pursuant to Fed. R. Civ. P. 12(b)(6), without leave to amend, and/or in addition and/or in the alternative that the Court find that Mortgage Connect is entitled to judgment as a matter of law as to all claim(s) attempted to be alleged against Mortgage Connect, and that Mortgage Connect be dismissed from this suit with prejudice and with all costs assessed to the Plaintiff.

Mortgage Connect further prays for any and all other relief to which he may be entitled in the premises.

Respectfully submitted this the 20th day of August, 2025.

                              MORTGAGE CONNECT, LP

                              By:/s/ *Steven Price Nixon*
                                  Steven Price Nixon, Esq., its attorney

*/s/ Steven Price Nixon*
McCalla, Raymer, Leibert, & Pierce, LLP
Steven Price Nixon, MSB #101663
Attorney for Mortgage Connect, LP
1022 Highland Colony Parkway, Suite 304
Ridgeland, MS 39157
telephone:    662-478-3200
facsimile:    205-623-0792
steven.nixon@mccalla.com

## **CERTIFICATE OF SERVICE**

  I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record.

  So certified this the 20th day of August, 2025.

*/s/ Steven Price Nixon*
Steven Price Nixon, Esq.