**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRIAN A. MOONEY                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:25-CV-00114-KS-MTP

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1-10                                                                                   DEFENDANTS

---

## MOTION FOR EXTENSION OF TIME TO FILE RULE 12(b)(6) MOTION AND/OR ANSWER

COMES NOW Defendant, Mortgage Connect, LP (hereinafter "Mortgage Connect"), by and through counsel, and prays that the Court will grant Mortgage Connect an extension of time of one (1) day, to August 21, 2025, in which to file its Rule 12(b)(6) Motion and/or in addition and/or in the alternative that the Court will excuse the filing of its Rule 12(b)(6) Motion mere minutes after the end of the day of August 20, 2025, and accept the filing as timely, and/or in addition and/or in the alternative and if applicable that the Court will grant to Mortgage Connect an extension of time of five (5) days, to August 25, 2025 for filing its Answer to the Plaintiff's Complaint and Amended Complaint.

Mortgage Connect further prays for any and all other relief to which it may be entitled in the premises.

Respectfully submitted this the 21st day of August, 2025.

                                                                    MORTGAGE CONNECT, LP

                                                                    By:/s/ *Steven Price Nixon*
                                                                    Steven Price Nixon, Esq., its attorney

*/s/ Steven Price Nixon*
McCalla, Raymer, Leibert, & Pierce, LLP
Steven Price Nixon, MSB #101663
Attorney for Mortgage Connect, LP
1022 Highland Colony Parkway, Suite 304
Ridgeland, MS 39157
telephone:     662-478-3200
facsimile:     205-623-0792
steven.nixon@mccalla.com

## CERTIFICATE OF SERVICE

I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record.

So certified this the 21st day of August, 2025.

*/s/ Steven Price Nixon*
Steven Price Nixon, Esq.