IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRIAN E. MOONEY**                                                                 **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 2:25-cv-114-KS-MTP**

**NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER; DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP; MORTAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS"); SUNRISE TITLE
SERVICES, INC.; JOHN DOES 1-10**                                          **DEFENDANTS**

## ORDER

On August 21, 2025, Mortgage Connect, LP filed a Motion to Dismiss and/or in the alternative for Summary Judgment [16].  Because there is a current pending Motion to Remand [4], as well as a Supplement [14] that have been filed by Plaintiff, the Court orders that all briefing on Mortgage Connect, LP's Motion to Dismiss be held in abeyance until further order of the Court.

SO ORDERED AND ADJUDGED this 21st day of August 2025.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE