IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 27 2025

BY ARTHUR JOHNSTON
DEPUTY

BRIAN E. MOONEY,   **Plaintiff**

v.   Civil Action No. 2:25-cv-114-KS-MTP

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER;
DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1–10   **Defendants**

## DECLARATION OF BRIAN E. MOONEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

I, Brian E. Mooney, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action and make this declaration in support of my Motion for Temporary Restraining Order.

2. I am the owner of the homestead property located at 436 Old Progress Road, Moselle, Mississippi. My family and I have lived at this property continuously since it was built in 2001.

3. On July 1, 2024, Nationstar Mortgage LLC claimed the loan was "referred to foreclosure," even though it did not hold any assignment of my Deed of Trust at that time.

4. On July 15, 2024, Mortgage Electronic Registration Systems, Inc. executed an Assignment of Deed of Trust to Nationstar.

5. On July 31, 2024, Nationstar executed a Substitution of Trustee naming Dean Morris, LLC.

1

6. On July 11, 2025, I filed a Verified Complaint in Jones County Chancery Court and recorded a Lis Pendens, giving public notice that title was under dispute.

7. On July 16, 2025, at the purported foreclosure sale, I personally handed Mr. Ray, the man crying the sale, a certified package containing the Lis Pendens, Certificate of Service, Verified Complaint cover, Ex Parte TRO motion cover, and summonses for Nationstar and Dean Morris.

8. Despite this actual notice, Mr. Ray proceeded with the purported sale, even though he was not the trustee of record, was not a licensed auctioneer, and no lawful auction or bidding occurred.

9. A Trustee's Deed was nonetheless recorded, falsely claiming that Nationstar purchased the property at the sale.

10. On July 18, 2025, Dean Morris, LLC sent me a letter titled "Notice to Vacate," demanding that I surrender possession of my home despite the absence of a valid foreclosure or any Notice of Default.

11. Defendants are now attempting to resell my home on ServiceLink Auction, advertising it as "Recently Foreclosed" with a "current bid placed on behalf of seller," and also promoting "Eviction Services" through McCalla Raymer Leibert Pierce, LLC.

12. If a restraining order is not granted, I will suffer irreparable harm, including the loss of my family home and eviction from my homestead, which cannot be compensated by money damages.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 27, 2025, in Moselle, Mississippi.

*Brian Mooney*

Brian E. Mooney
Plaintiff, pro se