SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 29 2025

BY ARTHUR JOHNSTON
      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRIAN E. MOONEY,                                                       **Plaintiff**

v.                                              Civil Action No. 2:25-cv-114-KS-MTP

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER;
DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1–10                                                         **Defendants**

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Brian E. Mooney, pro se, respectfully moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default by the Clerk against Defendants Dean Morris, LLC and Mortgage Electronic Registration Systems, Inc. ("MERS").

1. Dean Morris, LLC was served with process on July 17, 2025, in the original state court action. The case was removed to this Court on August 13, 2025. Pursuant to Fed. R. Civ. P. 81(c)(2), its deadline to respond was no later than August 20, 2025. No answer or responsive pleading has been filed.

2. Mortgage Electronic Registration Systems, Inc. (MERS) was served with process on July 17, 2025, in the original state court action. The case was removed to this Court on August 13, 2025. Pursuant to Fed. R. Civ. P. 81(c)(2), its deadline to respond was no later than August 20, 2025. No answer or responsive pleading has been filed.

3. As of the filing of this Motion, both Defendants are in default for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

1

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendants Dean Morris, LLC and Mortgage Electronic Registration Systems, Inc. pursuant to Rule 55(a).

Respectfully submitted this 29th day of August 2025.

*/s/ Brian Mooney*

Brian E. Mooney
Plaintiff, pro se
436 Old Progress Road
Moselle, Mississippi 39459
601-310-6078
ifixem75@gmail.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by first class mail on this 29th day of August 2025.

*/s/ Brian Mooney*

Brian E. Mooney
Plaintiff, pro se
436 Old Progress Road
Moselle, Mississippi 39459
601-310-6078
ifixem75@gmail.com