# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**BRIAN E. MOONEY**                                                                 **PLAINTIFF**

**VS.**                                                              **CAUSE NO. 2:25-cv-114-KS-MTP**

**NATIONSTAR MORTGAGE, LLC,**
**d/b/a MR. COOPER; DEAN MORRIS, LLP;**
**MORTGAGE CONNECT, LP;**
**MORTGAGE ELECTRONIC REGISTRATION**
**SYSTEMS, INC. ("MERS"); SUNRISE**
**TITLE SERVICES, LLC;**
**JOHN DOES 1-10**                                                                **DEFENDANTS**

## CONSENT TO REMOVAL

**COMES NOW** the Defendant, Sunrise Title Services, LLC, by and through its attorneys of record, and files this, its Consent to the Removal filed by Nationstar Mortgage, LLC. [Doc. 1] and [Doc. 15].

THIS, 20th day of August, 2025.

                                      Respectfully submitted,
                                      **SUNRISE TITLE SERVICES, LLCC**

                                      By: *s/ Susan Fahey Desmond*
                                            Susan Fahey Desmond

**OF COUNSEL:**

Susan Fahey Desmond (MSB 5116)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi  39157
Phone: (769) 524-2329 | Fax: (601) 608-7871
Email: sdesmond@mcglinchey.com

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served via the ECF filing system which sent such notification to plaintiff and all counsel of record.

                                                */s/ Susan Fahey Desmond*
                                                Susan Fahey Desmond