IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

SEP 02 2025

ARTHUR JOHNSTON
BY_____DEPUTY

BRIAN E. MOONEY,                                               **Plaintiff**

v.                                    Civil Action No. 2:25-cv-114-KS-MTP

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER;
DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS");
SUNRISE TITLE SERVICES, INC.;
JOHN DOES 1–10                                               **Defendants**

### PLAINTIFF'S RENEWED MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Brian E. Mooney, pro se, respectfully renews his motion pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default by the Clerk against Defendants Dean Morris, LLC and Mortgage Electronic Registration Systems, Inc. ("MERS"), and states as follows:

1. Plaintiff filed this action by Verified Complaint in the Chancery Court of Jones County, Mississippi.

2. Dean Morris, LLC was served with the Summons and Verified Complaint on July 17, 2025, via certified mail to its registered agent. USPS Proof of Delivery printout confirms service, signed by Jessica Welch (**Exhibit A** to Plaintiff's Affidavit of Service and Default).

3. MERS was served with the Summons and Verified Complaint on July 21, 2025, via certified mail to its registered agent. USPS Proof of Delivery and the returned green

1

    card confirm service, signed by Paul Sisofo (**Exhibit B** to Plaintiff's Affidavit of Service and Default).

4. On August 13, 2025, Defendant Nationstar Mortgage LLC removed this action to this Court. Pursuant to Fed. R. Civ. P. 81(c)(2), Defendants Dean Morris, LLC and MERS were required to file an Answer or otherwise respond no later than August 20, 2025.

5. As set forth in Plaintiff's Affidavit of Service and Default, filed contemporaneously, neither Dean Morris, LLC nor MERS has filed an Answer, a Rule 12 motion, or otherwise defended this action as of September 2, 2025.

6. Accordingly, both Dean Morris, LLC and MERS are in default for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendants Dean Morris, LLC and MERS pursuant to Rule 55(a).

Respectfully submitted this 2nd day of September 2025.

_____
Brian E. Mooney
Plaintiff, pro se
436 Old Progress Road
Moselle, Mississippi 39459
601-310-6078
ifixem75@gmail.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by first class mail on this 2nd day of September 2025, to the following counsel of record:

Susan Fahey Desmond
McGlinchey Stafford PLLC
1020 Highland Colony Parkway, Suite 486
Ridgeland, MS 39157

Steven Price Nixon
McCalla Raymer Leibert Pierce, LLP
1022 Highland Colony Parkway, Suite 304
Ridgeland, MS 39157

*Brian Mooney*

Brian E. Mooney
Plaintiff, pro se
436 Old Progress Road
Moselle, Mississippi 39459
601-310-6078
ifixem75@gmail.com