**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BRIAN E. MOONEY**                                                                  **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:25-cv-114-KS-MTP**

**NATIONSTAR MORTGAGE LLC d/b/a**
**MR. COOPER; DEAN MORRIS, LLC;**
**MORTGAGE CONNECT, LP; MORTAGE**
**ELECTRONIC REGISTRATION**
**SYSTEMS, INC. ("MERS"); SUNRISE TITLE**
**SERVICES, INC.; JOHN DOES 1-10**                                              **DEFENDANTS**

## ORDER

On August 27, 2025, Plaintiff filed a Motion for Temporary Restraining Order [23]. Defendants who have entered an appearance in this matter shall respond to the motion on or before **September 10, 2025**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Plaintiff may file a reply on or before **September 17, 2025**. *Id*.

Any party requesting an extension of time must file a motion for such prior to the day of the deadline and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise the Court whether the request is opposed.

SO ORDERED AND ADJUDGED this 2nd day of September 2025.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE