**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRIAN A. MOONEY                                                                                           PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 2:25-CV-00114-KS-MTP

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, LLC;
JOHN DOES 1-10                                                                                           DEFENDANTS

---

**MORTGAGE CONNECT, LP'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND FOR COSTS AND SUPPLEMENTAL MOTION TO REMAND**

COMES NOW Defendant, Mortgage Connect, LP (hereinafter "Mortgage Connect"), by and through counsel, and files herein its Response in Opposition to Plaintiff's Motion to Remand and for Costs (CM/ECF #04) and Supplemental Motion to Remand (CM/ECF #14), and would argue and show unto the Court the following:

1. On August 13, 2025, Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper filed herein its Notice of Removal (CM/ECF Doc.#01). Defendant Mortgage Connect filed its Joinder in the Notice of Removal on August 18, 2025 (CM/ECF Doc.#08). Nationstar subsequently filed an Amended Notice of Removal on August 20, 2025 (CM/ECF Doc.#15), which corrected two errors in the original Notice.

2. Plaintiff filed herein his Motion to Remand and for Costs and Memorandum of Authorities on August 18, 2025 (CM/ECF Doc.#'s 04 & 05). Subsequently, Plaintiff filed a Supplemental Motion to Remand (CM/ECF Doc.#14).

3. For the reasons stated in Mortgage Connect's Memorandum Brief in Opposition to Plaintiff's Motion to Remand and for Costs and Supplemental Motion to Remand, being filed along with this Response, Mortgage Connect maintains that the Plaintiff's Motion and Supplemental Motion are not well-taken and should be denied.

WHEREFORE, PREMISES CONSIDERED, Mortgage Connect prays that the Court will deny the Plaintiff's Motion to Remand and for Costs and Supplemental Motion to Remand.

Respectfully submitted this the 2nd day of September, 2025.

MORTGAGE CONNECT, LP

By: /s/ *Steven Price Nixon*
    Steven Price Nixon, Esq., its attorney

/s/ *Steven Price Nixon*
McCalla, Raymer, Leibert, & Pierce, LLP
Steven Price Nixon, MSB #101663
Attorneys for Robert M. Peebles, III
1022 Highland Colony Parkway, Suite 304
Ridgeland, MS 39157
telephone:    662-478-3200
facsimile:    205-623-0792
steven.nixon@mccalla.com

## CERTIFICATE OF SERVICE

I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record.

So certified this the 2nd day of September, 2025.

/s/ *Steven Price Nixon*
Steven Price Nixon, Esq.