# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**BRIAN E. MOONEY**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 2:25-cv-114-KS-MT[**

**NATIONSTAR MORTGAGE, LLC, ET AL,**
**ET AL.**     **DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, SUNRISE TITLE SERVICES, LLC, by and through its attorneys, McGlinchey Stafford, PLLC, and files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7(c), stating as follows:

1. Sunrise Title is a limited liability company organized under the laws of the State of Tennessee. Its principal place of business is located in Mt. Juliet, Tennessee.

2. The sole member of Sunrise Title is Bennie Poole, a citizen of the State of Tennessee.

3. Sunrise Title is not a parent, subsidiary or other affiliate of a publicly owned corporation.

4. There is no publicly held corporation that owns 10% or more of Sunrise Title's stock.

THIS, the 2nd day of September, 2025.

Respectfully submitted,

**SUNRISE TITLE SERVICES, LLC**

By: */s/ Susan Fahey Desmond*
       Its Attorney

**OF COUNSEL:**

Susan Fahey Desmond (MSB No. 5116)
**McGlinchey Stafford, PLLC**
601 Poydras St., Suite 1200
New Orleans, LA  70130
Telephone:  (504) 400-6124
sdesmond@mcglinchey.com

and

**McGlinchey Stafford, PLLC**
1020 Highland Colony Pkwy, Suite 406
Ridgeland, MS  39157

## CERTIFICATE OF SERVICE

I, Susan Fahey Desmond of McGlinchey Stafford, PLLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which in turn notified plaintiff and all counsel of record.

THIS, the 2nd day of September, 2025.

            *s/ Susan Fahey Desmond*
            OF COUNSEL