**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**BRIAN E. MOONEY**                                                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:25-cv-114-KS-MTP**

**NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER; DEAN MORRIS, LLC;
MORTGAGE CONNECT, LP; MORTAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS"); SUNRISE TITLE
SERVICES, INC.; JOHN DOES 1-10**                                       **DEFENDANTS**

<u>**ORDER**</u>

On September 10, 2025, Nationstar Mortgage, LLC filed a Motion to Dismiss Plaintiff's

Amended Complaint [45].  Because there is a current pending Motion to Remand [4], as well as a

Supplement [14] that have been filed by Plaintiff, the Court orders that all briefing on Nationstar

Mortgage, LLC's Motion to Dismiss be held in abeyance until further order of the Court.

SO ORDERED AND ADJUDGED this 11th day of September 2025.


/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE