## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

BRIAN A. MOONEY                                                    PLAINTIFF

VS.                                                  CIVIL ACTION NO. 2:25-CV-00114-KS-MTP

NATIONSTAR MORTGAGE, LLC,
D/B/A MR. COOPER; DEAN MORRIS, LLP;
MORTGAGE CONNECT, LP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS"); SUNRISE TITLE SERVICES, LLC;
JOHN DOES 1-10                                          DEFENDANTS

---

### MORTGAGE CONNECT, LP'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNSWORN, UNAUTHENTICATED, AND IMPROPER EXHIBITS AND ARGUMENTS

COMES NOW Defendant, Mortgage Connect, LP (hereinafter "Mortgage Connect"), by and through counsel, and files herein its Response in Opposition to Plaintiff's Motion to Strike Unsworn, Unauthenticated, and Improper Exhibits and Arguments (CM/ECF #41), and would argue and show unto the Court the following:

1. On September 8, 2025, Plaintiff filed herein his Motion for Temporary Restraining to Strike Unsworn, Unauthenticated, and Improper Exhibits and Arguments (CM/ECF #41).

2. For the reasons stated in Mortgage Connect's Memorandum Brief in Opposition to Plaintiff's Motion to Strike Unsworn, Unauthenticated, and Improper Exhibits and Arguments, Mortgage Connect maintains that the Plaintiff's Motion is well-taken and should be denied.

WHEREFORE, PREMISES CONSIDERED, Mortgage Connect prays that the Court will deny the Plaintiff's Motion to Strike Unsworn, Unauthenticated, and Improper Exhibits and Arguments.

Respectfully submitted this the 17th day of September, 2025.

MORTGAGE CONNECT, LP

By:/s/ *Steven Price Nixon*
    Steven Price Nixon, Esq., its attorney

*/s/ Steven Price Nixon*
McCalla, Raymer, Leibert, & Pierce, LLP
Steven Price Nixon, MSB #101663
Attorneys for Mortgage Connect, LP
1022 Highland Colony Parkway, Suite 304
Ridgeland, MS 39157
telephone:     662-478-3200
facsimile:     205-623-0792
steven.nixon@mccalla.com

## CERTIFICATE OF SERVICE

I, Steven Price Nixon, do hereby certify that I have this day caused to be e-filed a true and correct copy of the original of the foregoing document, using the Court's electronic filing system, which electronic filing system sent notice, electronically to all counsel and parties of record.

So certified this the 17th day of September, 2025.

*/s/ Steven Price Nixon*
Steven Price Nixon, Esq.