**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

September 23, 2025

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Concetta Brooks
Chancery   Clerk of   Jones   County
P.O. Box 248
Ellisville, MS 39437

RE:   *Brian E. Mooney V. Nationstar Mortgage, LLC et al*
      Our Case No.  2:25-cv-114-KS-MTP
      Your Case No. 34CH1:25cv107

Dear Ms. Brooks:

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on  September 23, 2025  in the above-captioned case on the docket of our court.  Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at  601-255-6400  .

Sincerely Yours,

ARTHUR JOHNSTON, CLERK   By: C. Duckworth , D. C.

**ACKNOWLEDGEMENT OF RECEIPT**

*I hereby acknowledge receipt of the documents referred to above on this the ____ day of _____, 20____.*

CHANCERY   CLERK OF   Jones   COUNTY
By: _____ , D. C.                                                SEAL